ERIC G. FERNANDEZ (No 269864)
LAURIE HOWELL (No. 98785)
TFLG, A Law Corporation
2121 2nd Street, Suite C105
Davis, CA 95618
Telephone: (530) 750-3700
Facsimile: (530) 750-3344

Attorneys for Plaintiff/Movant
US BANK NATIONAL ASSOCIATION,
As Trustee

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION – SANTA ANA

| | |
|---|---|
| US BANK NATIONAL ASSOCIATION, as Trustee,<br><br>　　　　Plaintiff,<br><br>v.<br><br>MENG PING CHENG,<br><br>　　　　Defendant. | Case No. SACV11-00225-CJC(RNBx)<br><br>(PROPOSED) ORDER GRANTING MOTION TO REMAND CASE TO STATE COURT<br><br>Date:　3/21/11<br>Time:　1:30 pm<br>Ctrm:　9B<br>Judge: Hon. Cormac J. Carney |

　　　The motion of US BANK NATIONAL ASSOCIATION, as Trustee, to remand the above case to state court came on regularly for hearing on 3/21/11, before this court. Appearances were as noted on the record. Good cause appearing:

　　　IT IS ORDERED, this case is hereby remanded to the Los Angeles County Superior Court.

Date: 3/21/11

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Hon. Cormac J. Carney
　　　　　　　　　　　　　　　　Judge, US District Court

///